
GOVERNMENT EXHIBIT

4-23-109(A)(2)

Government's ID

1

GOVERNMENT
EXHIBIT
2

4-23-10 (AEV)

Government's ID

2




GOVERNMENT EXHIBIT
3
4·23-10g

Government's ID
3

